THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Aleksandr Dmitrievich Kirilichev,<br><br>             Petitioner,<br><br>    v.<br><br>Albatros Ltd.,<br><br>             Respondent. | Case No. 2:16-cv-00978-RAJ<br><br>DECLARATION OF TODD M. HINNEN IN SUPPORT OF PETITIONER'S EX PARTE MOTION TO ALLOW SERVICE BY MAIL |

1. I am an attorney admitted to practice before this Court and a member of the firm Perkins Coie LLP, counsel for Petitioner Aleksandr Dmitrievich Kirilichev in this proceeding. I submit this declaration in support of Petitioner's Ex Parte Motion to Allow Service by Mail. I am fully familiar with the facts set forth herein, which are made based on personal knowledge and/or the documents referenced below.

2. Attached to this Declaration as **Exhibit A** is a true and correct copy of a screenshot taken at my direction from the publicly available website for the Washington Secretary of State, http://www.sos.wa.gov/corps/search_detail.aspx?ubi=602934262, on August 18, 2016.

3. Attached to this Declaration as **Exhibit B** is a true and correct copy of the most recent annual report for Albatros Ltd. ordered at my direction from the Washington Secretary of State on April 4, 2016, and received on April 5, 2016.

DECLARATION OF TODD M. HINNEN IN SUPPORT
OF MOTION TO SERVE BY MAIL – 1

132575115.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I declare under penalty of perjury under the laws of the State of Washington and the laws of the United States of America that the foregoing is true and correct.

DATED this 1st day of September, 2016 in Seattle, Washington.

/s/ Todd M. Hinnen
Todd M. Hinnen WSBA #27176
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: THinnen@perkinscoie.com

DECLARATION OF TODD M. HINNEN IN SUPPORT OF MOTION TO SERVE BY MAIL– 2

132575115.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I have mailed by United States Postal Service Certified Mail the document to the following entities:

Albatros Ltd.
C/O Gueorgui Halatchev-Halberg
533 157th Ave SE
Bellevue, WA 98008

Albatros Ltd.
C/O Gueorgui Halatchev-Halberg
3046 177th Ave NE
Redmond WA 98052

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2016

By: s/ Todd M. Hinnen
Todd M. Hinnen #27176
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: THinnen@perkinscoie.com
Attorneys for Aleksandr Dmitrievich Kirilichev

DECLARATION OF TODD M. HINNEN IN SUPPORT OF MOTION TO SERVE BY MAIL– 3

132575115.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A
# to Hinnen Declaration

## ALBATROS LTD

| | |
|---|---|
| UBI Number | 602934262 |
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Inactive |
| State Of Incorporation | WA |
| WA Filing Date | 06/22/2009 |
| Expiration Date | 06/30/2015 |
| Inactive Date | 10/01/2015 |
| Duration | Perpetual |
| Registered Agent Information | |
| Agent Name | JAMES PETERSON |
| Address | 15600 NE 8TH ST #K112 |
| City | BELLEVUE |
| State | WA |
| ZIP | 98008 |
| Special Address Information | |
| Address | |
| City | |
| State | |
| Zip | |

### Governing Persons

| Title | Name | Address |
|---|---|---|
| President | HALATCHEV-HALBERG , GEORGE | BELLEVUE , WA |

# EXHIBIT B
# to Hinnen Declaration

2014 162 1310



Renewal Agent for Secretary of State
State of Washington
Business Licensing Service





FOR VALIDATION ONLY

03N-400-925-0003
1419-W

# Profit Corporation Renewal & Annual Report

To dissolve this corporation, obtain the form at www.sos.wa.gov/corps

Name, Registered Agent, and Registered Office Address

*(handwritten: IT IS CORRECT)*
*(handwritten: 6th)*

ALBATROS LTD
C/O GUEORGUI HALATCHEV-HALBERG
3046 177TH AVE NE
REDMOND WA 98052

| | |
|---|---|
| Unified Business ID No | 602 934 262 |
| State of Incorporation | WA |
| Date of WA Inc./Auth. | 06-22-2009 |
| Expiration Date* | 06-30-2014 |

**Important!** If the registered agent/office/mailing information is incorrect, mark the box and complete the reverse side of this form. If the address is incorrect, mailings may not be delivered and could result in the dissolution of your company.

**RENEWAL SECTION** *After renewal your new expiration date will be: 06-30-2015

**RENEW ONLINE!** Go to: CorpRenewal.wa.gov     Password: K793 77B9

| | | |
|---|---|---|
| Domestic Profit Corporation | $ | 60.00 |
| Renewal Application Fee | | 11.00 |

Failure to return completed form and pay fees by the expiration date will result in $25.00 late fee and may lead to the dissolution of your corporation.

Make check payable to **DEPARTMENT OF REVENUE** in U.S. FUNDS only
TOTAL FEES DUE: $71.00
FEES & REPORT REQUESTED BY 06-16-2014

**ANNUAL REPORT SECTION — REQUIRED**

Does your company own land, buildings, or other real property in Washington? ☐ Yes ☒ No *(See "Controlling Interest" on back.)*

Contact phone (206) 412-8546   Contact email georgeth@yahoo.com
*(This email may be used for future electronic renewal notices)*

Briefly describe the nature of your business: TRADE, SERVICE

Address of principal place of business: 533-157TH AVE SE   BELLEVUE   WA   98008
                                          ADDRESS            CITY       STATE  ZIP

If incorporated outside Washington, list the corporate office address:
                                          ADDRESS            CITY       STATE  ZIP

List names and addresses of **all** corporate officers and **all** directors in your company. (If necessary, attach additional sheets in the same format. Include your UBI number on each page.)

| Name | Home or Business Address | City | State | Zip |
|---|---|---|---|---|
| GEORGE HALATCHEV-HALBERG (PRESIDENT) | | BELLEVUE | WA | 98008 |
| (VICE PRESIDENT) | | | | |
| (SECRETARY) | | | | |
| (TREASURER) | | | | |
| (CHAIR, BOARD OF DIRECTORS) | | | | |

If you have "no directors", state who performs the duties normally assumed by corporate directors

602 934 262

X /s/ Halberg
THIS DOCUMENT IS HEREBY EXECUTED UNDER PENALTIES OF PERJURY, AND IS, TO THE BEST OF MY KNOWLEDGE, TRUE AND CORRECT

GEORGE HALBERG - PRES
PRINT NAME & TITLE (OFFICER / CHAIR)

05-06-14
DATE SIGNED

Telephone   1-800-451-7985

Please return to: **STATE OF WASHINGTON**
**BUSINESS LICENSING SERVICE**
**PO BOX 34456**
**SEATTLE WA 98124-1456**

BLS-700-112 (06/14/13) Page 1 of 2

# PROFIT CORPORATION STATEMENT OF CHANGE OF REGISTERED AGENT OR REGISTERED OFFICE ADDRESS
RCW 23B

1. **NEW REGISTERED AGENT'S CONSENT.** The Registered Agent must be a resident of, or a corporation registered in, Washington State.

   Name of new *(successor)* Registered Agent *(please print)*: _____

   I hereby consent to serve as Registered Agent. As such, I will accept and forward Service of Process and all mail to the corporation. In the event of my resignation, or any change in the Registered Office address, I will notify the Secretary of State immediately.

   X_____    _____    _____
   SIGNATURE OF AGENT NAMED ABOVE              TITLE                    DATE SIGNED

   If you are signing as the authorized representative of a corporation, you must give your title.

2. The registered office street address is required. It must be identical to the **business** address of the Registered Agent and must be located in the state of Washington. A Post Office Box may be used for mailing purposes only.

   New Registered Address: _____  _____  WA _____
   REQUIRED: STREET & NUMBER OR RURAL ROUTE     CITY                    ZIP

   PO Box for Mailing: _____  _____  WA _____
   OPTIONAL: POST OFFICE BOX NUMBER             CITY                    ZIP

## CONTROLLING INTEREST

"Real property" means land or anything affixed to land, including standing timber or crops.
Examples: Buildings, condominiums, used park model trailers, used floating homes, underground irrigation systems or utilities and other types of equipment that are permanently affixed to the land.
See WAC 458-61a-102 for additional information.

Answer the following questions **only** if you answered "yes" to the question about owning land, buildings, or other real property in Washington on the front of this form:

**A controlling interest transfer is when 50% or more of the ownership in an entity changes hands as defined under RCW 82.45.010(2).**

1. Has there been a transfer of stock, other financial interest change, or an option agreement exercised during the last 12 months that resulted in a transfer of controlling interest?  ☐ Yes  ☐ No

2. Has an option agreement been executed in the last 12 months allowing for the future purchase or acquisition of the entity, that, if exercised would result in a transfer of controlling interest?  ☐ Yes  ☐ No

You must contact the Washington State Department of Revenue to report a Controlling Interest Transfer **IF**:
- This company owns land, buildings, or other real estate in Washington State,
  **AND**
- You answered "YES" to question 1 above.

Failure to report a Controlling Interest Transfer is subject to the penalty provisions of RCW 82.45.220.

**For more information on Controlling Interest, please call the Department of Revenue at (360) 570-3265 or visit their website at www.dor.wa.gov**