THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Aleksandr Dmitrievich Kirilichev,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>Albatros Ltd.,<br><br>　　　　　　　Respondent. | Case No. 2:16-cv-00978-RAJ<br><br>[PROPOSED] ORDER GRANTING PETITIONER'S EX PARTE MOTION TO ALLOW SERVICE BY MAIL |

The Court, having fully considered all relevant documents, authorities, and evidence presented by Petitioner, and good cause having been shown:

IT IS HEREBY ORDERED that:

1. Petitioner's Motion to Allow Service by Mail is granted.

2. Pursuant to Fed. R. Civ. P. 4(h)(1)(A) and RCW 23.95.450, Petitioner may serve Respondent by registered or certified mail, return receipt requested, or by similar commercial delivery service, addressed to Respondent at Respondent's principal office, as shown in Respondent's most recent annual report filed by the Secretary of State.

Dated this 21st day of September, 2016.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING EX PARTE MOTION TO ALLOW SERVICE BY MAIL – 1
132423832.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000