AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Albatros Ltd.

was received by me on *(date)* 9/20/2016

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I mailed the summons via certified mail and UPS to the Respondent's principal office pursuant to Fed. R. Civ. P. 4(h)(1) and RCW 23.95.450.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/20/16

*Server's signature* (Kathryn E. Klemperer)

Kathryn Klemperer, Legal Secretary
*Printed name and title*

1201 Third Ave., Ste. 4900, Seattle, WA 98125
*Server's address*

Additional information regarding attempted service, etc: