UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Aleksandr Dmitrievich Kirilichev,<br><br>    Petitioner,<br><br> v.<br><br>Albatros Ltd.,<br><br>    Respondent. | Case No. 2:16-cv-00978-RAJ<br><br>DECLARATION OF TODD M. HINNEN IN SUPPORT OF MOTION FOR DEFAULT |

1. I am an attorney admitted to practice before this Court and a member of the firm Perkins Coie LLP, counsel for Petitioner Aleksandr Dmitrievich Kirilichev in this proceeding. I submit this declaration in support of Petitioner's Motion for Default. I am fully familiar with the facts set forth herein, which are made based on personal knowledge and/or the documents referenced below.

2. The Petition initiating this action was filed with the Clerk of the United States District for the Western District of Washington at Seattle on June 24, 2016. Dkt. 1.

3. On September 1, 2016, Petitioner filed a Motion to Allow Service by Mail under Fed. R. Civ. P. 4(h)(1) and RCW 23.95.450 because neither Respondent's president nor its registered agent could with reasonable diligence be served. Dkt. 5.

DECLARATION OF TODD M. HINNEN IN SUPPORT
OF PETITIONER'S MOTION FOR DEFAULT – 1

133207440.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. On September 21, 2016, the Court granted Petitioner's Motion to Allow Service by Mail and permitted Petitioner to "serve Respondent by registered or certified mail, return receipt requested, or by similar commercial delivery service, addressed to Respondent at Respondent's principal office, as shown in Respondent's most recent annual report filed by the Secretary of State." Dkt. 8.

5. Attached to this Declaration as **Exhibit A** is a true and correct copy of the most recent annual report for Albatros Ltd. ordered at my direction from the Washington Secretary of State on April 4, 2016, and received on April 5, 2016. According to the Annual Report, the address of Respondent's Principal Place of Business is 533 157th Ave. SE, Bellevue, Washington 98008.

6. At my direction, copies of the summons, petition, and supporting documents were mailed to Respondent's principal place of business at 533 157th Ave. SE, Bellevue, Washington 98008. These documents were sent with sufficient postage by certified mail to Respondent's Principal Place of Business on September 20, 2016. They were delivered to Respondent's Principal Place of Business on September 21, 2016. A true and correct copy of the Proof of Service is attached here as **Exhibit B**. *See also* Dkt. 9. A true and correct copy of Postal Service Form 3800, "Certified Mail Receipt," showing the documents sent with sufficient postage to Respondent's principal place of business on September 20, 2016, is attached here as **Exhibit C**. A true and correct copy of Postal Service Form 3811, "Domestic Return Receipt," showing the documents delivered to Respondent's principal place of business on September 21, 2016, is attached here as **Exhibit D**.

7. Respondent has not appeared, answered, or in any way made contact with Petitioner.

I declare under penalty of perjury under the laws of the State of Washington and the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF TODD M. HINNEN IN SUPPORT OF PETITIONER'S MOTION FOR DEFAULT – 2

133207440.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 11th day of November, 2016 in Seattle, Washington.

/s/ Todd M. Hinnen
Todd M. Hinnen WSBA #27176
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: THinnen@perkinscoie.com

DECLARATION OF TODD M. HINNEN IN SUPPORT OF PETITIONER'S MOTION FOR DEFAULT – 3

133207440.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I have mailed by United States Postal Service the document to the following entities:

Albatros Ltd.
C/O Gueorgui Halatchev-Halberg
533 157th Ave SE
Bellevue, WA 98008

Albatros Ltd.
C/O Gueorgui Halatchev-Halberg
3046 177th Ave NE
Redmond WA 98052

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2016    By: s/ Todd M. Hinnen
Todd M. Hinnen #27176
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: THinnen@perkinscoie.com
Attorneys for Aleksandr Dmitrievich Kirilichev

DECLARATION OF TODD M. HINNEN IN SUPPORT OF PETITIONER'S MOTION FOR DEFAULT – 4

133207440.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A

2014 162 1310


**Renewal Agent for Secretary of State**
State of Washington
Business Licensing Service





# Profit Corporation Renewal & Annual Report
To dissolve this corporation, obtain the form at www.sos.wa.gov/corps

Name, Registered Agent, and Registered Office Address

FOR VALIDATION ONLY

03N-400-925-0003
1419-W

*(handwritten: "IT IS CORRECT")*
*(handwritten: "6#")*

ALBATROS LTD
C/O GUEORGUI HALATCHEV-HALBERG
3046 177TH AVE NE
REDMOND WA 98052

| | |
|---|---|
| Unified Business ID No | 602 934 262 |
| State of Incorporation | WA |
| Date of WA Inc./Auth. | 06-22-2009 |
| Expiration Date* | 06-30-2014 |

**Important!** If the registered agent/office/mailing information is incorrect, mark the box and complete the reverse side of this form. If the address is incorrect, mailings may not be delivered and could result in the dissolution of your company.

**RENEWAL SECTION** *After renewal your new expiration date will be: 06-30-2015

**RENEW ONLINE!** Go to: CorpRenewal.wa.gov        Password: K793 77B9

Domestic Profit Corporation                                $   60.00
Renewal Application Fee                                        11.00

Failure to return completed form and pay fees by the expiration date will result in $25.00 late fee and may lead to the dissolution of your corporation.

Make check payable to **DEPARTMENT OF REVENUE** in U.S. FUNDS only
TOTAL FEES DUE: $71.00
FEES & REPORT REQUESTED BY 06-16-2014

**ANNUAL REPORT SECTION – REQUIRED**

Does your company own land, buildings, or other real property in Washington?  ☐ Yes  ☒ No *(See "Controlling Interest" on back.)*

Contact phone (206) 412-8546    Contact email georgeth@yahoo.com
(This email may be used for future electronic renewal notices)

Briefly describe the nature of your business  TRADE SERVICE

Address of principal place of business  533-157TH AVE SE / BELLEVUE / WA / 98008
                                        ADDRESS / CITY / STATE / ZIP

If incorporated outside Washington, list the corporate office address _____
                                                                     ADDRESS / CITY / STATE / ZIP

List names and addresses of **all** corporate officers and **all** directors in your company. *(If necessary, attach additional sheets in the same format. Include your UBI number on each page.)*

| PRESIDENT'S NAME | HOME OR BUSINESS ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| GEORGE HALATCHEV-HALBERG | | BELLEVUE | WA | 98008 |
| VICE PRESIDENT'S NAME | | | | |
| SECRETARY'S NAME | | | | |
| TREASURER'S NAME | | | | |
| CHAIR, BOARD OF DIRECTORS' NAME | | | | |

If you have "no directors", state who performs the duties normally assumed by corporate directors

602 934 262

X _Halberg_ (signed)       GEORGE HALBERG – PRES       05-06-14
THIS DOCUMENT IS HEREBY EXECUTED UNDER PENALTIES OF PERJURY,    PRINT NAME & TITLE (OFFICER / CHAIR)    DATE SIGNED
AND IS, TO THE BEST OF MY KNOWLEDGE, TRUE AND CORRECT

Please return to: **STATE OF WASHINGTON**
**BUSINESS LICENSING SERVICE**
**PO BOX 34456**
**SEATTLE WA 98124-1456**

Telephone    1-800-451-7985

BLS-700-112 (06/14/13) Page 1 of 2

# PROFIT CORPORATION STATEMENT OF CHANGE OF REGISTERED AGENT OR REGISTERED OFFICE ADDRESS
RCW 23B

1. **NEW REGISTERED AGENT'S CONSENT.** The Registered Agent must be a resident of, or a corporation registered in, Washington State.

   Name of new *(successor)* Registered Agent *(please print)*: _____

   I hereby consent to serve as Registered Agent. As such, I will accept and forward Service of Process and all mail to the corporation. In the event of my resignation, or any change in the Registered Office address, I will notify the Secretary of State immediately.

   X_____    _____    _____
   SIGNATURE OF AGENT NAMED ABOVE              TITLE                        DATE SIGNED

   If you are signing as the authorized representative of a corporation, you must give your title.

2. The registered office street address is required. It must be identical to the **business** address of the Registered Agent and must be located in the state of Washington. A Post Office Box may be used for mailing purposes only.

   New Registered Address: _____  _____  WA _____
                           REQUIRED: STREET & NUMBER OR RURAL ROUTE    CITY              ZIP

   PO Box for Mailing: _____  _____  WA _____
                       OPTIONAL: POST OFFICE BOX NUMBER            CITY              ZIP

## CONTROLLING INTEREST

"Real property" means land or anything affixed to land, including standing timber or crops.
Examples: Buildings, condominiums, used park model trailers, used floating homes, underground irrigation systems or utilities and other types of equipment that are permanently affixed to the land.
See WAC 458-61a-102 for additional information.

Answer the following questions **only** if you answered "yes" to the question about owning land, buildings, or other real property in Washington on the front of this form:

**A controlling interest transfer is when 50% or more of the ownership in an entity changes hands as defined under RCW 82.45.010(2).**

1. Has there been a transfer of stock, other financial interest change, or an option agreement exercised during the last 12 months that resulted in a transfer of controlling interest?  ☐ Yes  ☐ No

2. Has an option agreement been executed in the last 12 months allowing for the future purchase or acquisition of the entity, that, if exercised would result in a transfer of controlling interest?   ☐ Yes  ☐ No

You must contact the Washington State Department of Revenue to report a Controlling Interest Transfer **IF**:
- This company owns land, buildings, or other real estate in Washington State,
  **AND**
- You answered "YES" to question 1 above.

Failure to report a Controlling Interest Transfer is subject to the penalty provisions of RCW 82.45.220.

**For more information on Controlling Interest, please call the Department of Revenue at (360) 570-3265 or visit their website at www.dor.wa.gov**

# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Aleksandr Dmitrievich Kirilichev<br><br>*Plaintiff(s)*<br>v.<br>Albatros Ltd.<br><br>*Defendant(s)* | Civil Action No. 16-cv-00978-RAJ |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Albatros Ltd.
533 157th Ave. SE
Bellevue, WA 98008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Todd M. Hinnen
Perkins Coie LLP
1201 Third Ave. Suite 4900
Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: June 27, 2016

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Albatros Ltd.

was received by me on *(date)*   9/20/2016

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   I mailed the summons via certified mail and UPS to the Respondent's principal office pursuant to Fed. R. Civ. P. 4(h)(1) and RCW 23.95.450.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   9/20/16

*Server's signature*

Kathryn Klemperer, Legal Secretary
*Printed name and title*

1201 Third Ave., Ste. 4900, Seattle, WA 98125
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT C

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

Klemperer

7007 2680 0000 4480 7074

| | |
|---|---|
| Postage | $ 6.80 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 12.80 |

Postmark Here — SEP 20 2016 SEATTLE 98154-USPS

Sent To: George Halatcher, Albatros Ltd.
Street, Apt. No.; or PO Box No.: 533 157th Ave. S.E.
City, State, ZIP+4: Bellerue, WA 98008

PS Form 3800, August 2006  See Reverse for Instructions

# EXHIBIT D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George Halatchev
Albatros Ltd.
533 157th Ave. SE,
Bellevue, Washington 98008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 
☐ Agent
☐ Addressee

B. Received by (Printed Name): LARRY ANUM
C. Date of Delivery: 21/S/0/16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0000 4480 7074

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
WA 980
22 SEP '16
PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Nicola Menaldo
Perkins Coie
1201 Third Avenue, Suite 4900
Seattle, WA 98101

1-309999