THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Aleksandr Dmitrievich Kirilichev,<br><br>            Petitioner,<br><br>   v.<br><br>Albatros Ltd.,<br><br>            Respondent. | Case No. 2:16-cv-00978-RAJ<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR SUPPLEMENTAL PROCEEDINGS |

This matter came before the Court on motion by Petitioner Aleksandr Dmitrievich Kirilichev (Dkt. # 17), the Judgment Creditor herein, for an order directing Respondent, Albatros Ltd., the Judgment Debtor, to appear and to testify under oath concerning the extent and whereabouts of nonexempt property that may be used to satisfy the outstanding judgment in this action. Having reviewed Petitioner's motion, the declaration of Todd M. Hinnen in support of the motion, the opposition (if any) to the motion, and the records and files in this case, and being fully advised in the premises, now, therefore, it is

ORDERED that the Judgment Debtor Albatros Ltd., appear in the courtroom of Judge Richard A. Jones, at the hour of **10:00 a.m. P.D.T. on the 18th day of September, 2017**, to be examined under oath concerning any property the Judgment Debtor may have and to bring to the examination the following documents:

[~~PROPOSED~~] ORDER GRANTING MOTION
FOR SUPPLEMENTAL PROCEEDINGS – 1

136012897.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1. All personal income tax returns for the past three (3) years and all income tax returns of Judgment Debtor's business interest and not in Judgment Debtor's name. If the filing of the most recent return is pending but the return has been prepared or the information is available, that information is to be provided as well.

2. All financial statements prepared and/or given at the request of any bank or financial institution or any other lending institution, within the last two (2) years.

3. All paycheck stubs and/or vouchers from Judgment Debtor's employers for the last year.

4. All records of any savings, checking, postal savings account and/or safety deposit boxes maintained, either in Judgment Debtor's name or the name of any other member of Judgment Debtor's family who is holding any moneys on behalf of and for Judgment Debtor.

5. Certificate of title of all vehicles owned by Judgment Debtor.

6. Records of all accounts receivable, notes receivable or indebtedness due.

7. Records of all personal property owned, including but not limited to stocks, notes, judgments, U.S. bonds, equipment, machinery and tools.

8. Any documents and records which show the existence of any security interest or conditional sales contracts on the items of personal property listed in items 5 and 7 above.

9. Any records of all real property, including vendee's or vendor's interest in real property owned, in whole or in part, by Judgment Debtor.

10. Records of any mortgages or liens existing against the real property listed in Item 9 above.

IT IS FURTHER ORDERED that the failure of Judgment Debtor Albatros Ltd., to appear at the time, date, and place set forth above may cause the Court to issue a bench warrant for the apprehension and confinement in jail of Gueorgui Halatchev-Halberg, president and sole officer of Judgment Debtor Albatros Ltd., until such time as the matter can be heard, unless bail is furnished

[PROPOSED] ORDER GRANTING MOTION
FOR SUPPLEMENTAL PROCEEDINGS – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

136012897.1

as provided in the bench warrant.  Additionally, pursuant to RCW 6.32.010, reasonable attorneys' fees and costs may be assessed.

IT IS FURTHER ORDERED that Petitioner's motion to allow service of this order by mail is granted.  Pursuant to RCW 23.95.450, Petitioner may serve the Judgment Debtor this Order and Petitioner's declaration by registered or certified mail, return receipt requested, or by similar commercial delivery service, addressed to Judgment Debtor at its principal office, as shown in Judgment Debtor's most recent annual report filed by the Secretary of State.

Dated this 6th day of September, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

[~~PROPOSED~~] ORDER GRANTING MOTION
FOR SUPPLEMENTAL PROCEEDINGS – 3

136012897.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000